FID11669717

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Anderson

Defendant

)
)  Case: 1:24-mj-00147
)  Assigned to: Judge Upadhyaya, Moxila A.
)  Assign Date: 4/29/2024
)  Description: COMPLAINT W/ ARREST WARRANT
)

RECEIVED 2024 APR 29 PM 4:51 UNITED STATES MARSHALS GREENVILLE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Anderson ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Knowingly Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date: ___04/29/2024___

*Issuing officer's signature*

City and state: _____Washington, D.C._____     _____Moxila A. Upadhyaya, U.S. Magistrate Judge_____
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/24 , and the person was arrested on *(date)* 4/29/24
at *(city and state)* Greenville, SC .

Date: 4/29/24     R. Gibins - TFO
*Arresting officer's signature*

*Printed name and title*